In the Matter of Crossing the Tracks of the STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant. THE TRANSIT COMMISSION OF THE STATE OF NEW YORK, Respondent.
(Two proceedings.)

*Railroads — grade crossings — constitutional law — authority of Transit Commission to direct elimination of grade crossings.*

*Matter of Staten Island R. T. Ry. Co.*, 220 App. Div. 80, affirmed. (Argued June 22, 1927; decided July 20, 1927.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 18, 1927, which affirmed an order of the Transit Commission directing the elimination of grade crossings. The appellant contended that the orders should be set aside because based upon the theory that the Commission is authorized to require the elimination of any grade crossing merely because it is a grade crossing and because there is an element of danger in every such crossing; because unsupported by the evidence; because arbitrary and unreasonable and because in conflict with the due process clauses of the State and Federal Constitutions and with the commerce clause of the Constitution of the United States and with various acts of Congress passed thereunder.

*Frederick H. Wood, William W. Robison* and *H. Struve Hensel* for appellants.

*Clarence M. Lewis* and *Frank C. Bowers* for Transit Commission, respondent.

*George P. Nicholson, Corporation Counsel (Vincent Victory* of counsel), for City of New York, respondent.

Orders affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.